# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAYMOND HILL,**<br>    **Plaintiff,**<br><br>v.<br><br>**CHESTER COUNTY PRISON,** *et al.*,<br>    **Defendants.** | :<br>:<br>:<br>:   **CIVIL ACTION NO. 25-CV-5021**<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 17th day of November, 2025, upon consideration of Plaintiff Raymond Hill's Motion to Proceed In Forma Pauperis (ECF No. 1, 5), Prisoner Trust Fund Account Statement (ECF No. 3), *pro se* Complaint (ECF No. 2), and submissions docketed on October 23, 2025 (ECF No. 6), November 3, 2025 (ECF No. 9), and November 12, 2025 (ECF No. 10), it is **ORDERED** that:

    1.    Leave to proceed in forma pauperis is **GRANTED** pursuant to 28 U.S.C. § 1915.

    2.    Hill's submissions docketed on October 23, 2025 (ECF No. 6), November 3, 2025 (ECF No. 9), and November 12, 2025 (ECF No. 10) are **DENIED** for the reasons stated in the Court's Memorandum.

    3.    Raymond Hill, #0081751, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Warden of Chester County Prison or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Hill's inmate account; or (b) the average monthly balance in Hill's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Hill's inmate

trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Hill's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

      4.      The Clerk of Court is **DIRECTED** to send a copy of this order to the Warden of Chester County Prison.

      5.      The Complaint is **DEEMED** filed.

      6.      The Complaint is **DISMISSED WITH AND WITHOUT PREJUDICE** for the reasons stated in the Court's memorandum as follows:

    a.  The federal claims alleged against Chester County Prison are dismissed **WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    b.  The federal and state claims against Prime Care are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

      7.      The Clerk of Court is **DIRECTED** to send Hill a blank copy of the Court's form complaint for a prisoner filing a civil rights action bearing the above civil action number. Hill may use this form to file his amended complaint if he chooses to do so.

      8.      Hill is given thirty (30) days to file an amended complaint in the event he can allege additional facts to state a plausible claim against Prime Care Medical. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Hill's claims against each defendant. The amended complaint shall be a complete document that does not rely

on the initial Complaint or other papers filed in this case to state a claim.  **This means that if Hill files an amended complaint, he must reallege the claims against Aramark Correctional Services, who was not dismissed, including all supporting factual allegations, or those claims will be deemed to have been abandoned**.  When drafting his amended complaint, Hill should be mindful of the Court's reasons for dismissing the claims in his initial Complaint as explained in the Court's Memorandum.  Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

9. If Hill does not file an amended complaint the Court will direct service of his initial Complaint on Defendant Aramark.  Hill may also notify the Court that he seeks to proceed on his federal claim against Aramark in the original Complaint rather than file an amended complaint.  If he files such a notice, Hill is reminded to include the case number for this case, 25-5021.

10. The time to serve process under Federal Rule of Civil Procedure 4(m) is **EXTENDED** to the date 90 days after the Court issues summonses in this case if summonses are issued.

                                                                 **BY THE COURT:**

                                                                  /s/ John R. Padova, J.

                                                                  **JOHN R. PADOVA, J.**