IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAYMOND HILL,                              :
    Plaintiff,                         :
                                       :
v.                                         :       CIVIL ACTION NO. 25-CV-5021
                                       :
CHESTER COUNTY PRISON, *et al.*,           :
    Defendants.                        :

## ORDER

**AND NOW**, this 19th day of February, 2026, upon consideration of Plaintiff Raymond Hill's Amended Complaint (ECF No. 14) and "Amended Complaint" (ECF No. 15), and for the reasons stated in the Court's Memorandum accompanying the Order, it is **ORDERED** that:

1.      The "Amended Complaint" (ECF No. 15) is **STRICKEN** as a duplicate of the Amended Complaint filed at ECF No. 14.

2.      The claim against the Commonwealth of Pennsylvania is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  The Clerk of Court is **DIRECTED** to **TERMINATE** the Commonwealth of Pennsylvania from the case.

3.      The claims against the Jane and John Does are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  The Clerk of Court is **DIRECTED** to **TERMINATE** Jane Doe and John Doe as Defendants because currently there are no claims pending against these Defendants.

4.      The case shall proceed at this time to service by the U.S. Marshal Service, in accordance with 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3), against the following Defendants:

        a.  Aramark Correctional Services

    b.   Warden Howard Holland

    c.   Massey

    d.   County of Chester

5.    In anticipation of service by the U.S. Marshal Service, the Clerk of Court is **DIRECTED** to send a copy of this Order to Hill together with one copy of the U.S. Marshal Service of Process Receipt and Return Form USM-285 ("USM-285 Form") for each Defendant listed in paragraph four (4) of this Order.  The Clerk of Court is further **DIRECTED** to note the mailing on the docket.

6.    To proceed with service, Hill must complete a USM-285 Form for each Defendant listed in paragraph four (4) and return the completed form(s) to the Clerk's Office within **thirty (30) days** of the date of this Order.  Service cannot be made by the U.S. Marshal Service until Hill completes and returns these forms.

7.    In completing the USM-285 Form(s), Hill is instructed as follows:

    a.   Hill should complete a separate USM-285 Form for each Defendant listed in paragraph four (4) of this Order.  Only one Defendant's name should appear on each USM-285 Form.

    b.   Hill shall not complete a USM-285 Form for any individual or entity that is not listed as a Defendant in paragraph four (4) of this Order, including but not limited to any Defendant who already has been dismissed from this case.

    c.   Hill should include as much identifying information as possible for each Defendant, including the Defendant's first name, last name, and, where relevant, the Defendant's badge number.

d. Hill must provide each Defendant's complete address at a location where that Defendant can be served. The U.S. Marshals Service cannot serve a Defendant at a P.O. Box address.

e. Hill must sign the USM-285 Form(s) on the signature block marked "Signature of Attorney other Originator requesting service on behalf of: PLAINTIFF", and provide the date the form was signed.

f. Failure to include a proper address may result in the Defendant not being served and/or the dismissal of Hill's claims against any such Defendant.

8. Hill is cautioned that failure to return the completed USM-285 Form(s) in accordance with the above instructions may result in dismissal of this case for failure to prosecute without further notice from the Court.

9. The Clerk of Court is **DIRECTED** to docket any USM-285 Forms that Hill returns in this case.

10. The Clerk of Court is **DIRECTED** not to issue summonses at this time. The Court will direct issuance of summonses upon receipt of properly completed USM-285 Forms.

**BY THE COURT:**

**/s/ John R. Padova, J.**

_____

**JOHN R. PADOVA, J.**

3